KENNETH H. YOON (SBN 198443)
STEPHANIE E. YASUDA (SBN 265480)
**YOON LAW, APC**
751 N. Fair Oaks Avenue, Suite 102
Pasadena, California 91103
Telephone: (213) 612-0988

Attorneys for Plaintiff Frank Lizarraga
and all others similarly situated

**POLSINELLI LLP**
ALEX POLISHUK (SBN 265349)
apolishuk@polsinelli.com
ARMIDA DERZAKARIAN (SBN 322608)
aderzakarian@polsinelli.com
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone:   (310) 556-1801

Attorneys for Defendant
SIEMENS INDUSTRY, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK LIZARRAGA, as an individual and on behalf of all others similarly situated,<br><br>            Plaintiff,<br>      v.<br><br>SIMENS INDUSTRY, INC., a California corporation; and DOES 1 through 50, inclusive,<br><br>            Defendants. | **Case No. 1:26-CV-00566-JTL-CDB**<br><br>*For purposes of Motion to Dismiss only*: Magistrate Judge: Hon. Christopher D. Baker<br><br>**STIPULATION TO**<br><br>**(1) CONSENT TO MAGISTRATE JUDGE FOR PURPOSES OF DEFENDANT'S MOTION TO DISMISS ONLY;**<br><br>**(2) EXTENDING OPPOSITION AND REPLY BRIEF DEADLINES REGARDING DEFENDANT'S MOTION TO DISMISS; AND**<br><br>**(3) [PROPOSED] ORDER**<br><br>Complaint Filed:  November 19, 2025<br>Action Removed: January 22, 2026<br>Trial Date: Not Set |

---

PROOF OF SERVICE

108900649.2

Pursuant to Eastern District of California Local Civil Rule 144(a), Plaintiff Frank Lizarraga ("Plaintiff") and Defendant Siemens Industry, Inc. ("Defendant") hereby submit this Stipulation to Consent to Magistrate Judge for Pending Motion and Stipulation Extending Plaintiff's Opposition brief deadline and Defendant's Reply brief deadline regarding Defendant's pending Motion to Dismiss and stipulate and agree as follows:

1.     On November 19, 2025, Plaintiff filed a Class Action Complaint against Defendant in the Superior Court of the State of California for Kern County, stylized *Frank Lizarraga, as an individual and on behalf of all others similarly situated, v. Siemens Industry, Inc.*, *a California Corporation*, Case No. 25CUB00670 (the "State Court Action");

2.     On December 23, 2025, counsel for Defendant accepted service on behalf of Defendant by an executed copy of a Notice of Acknowledgement and Receipt;

3.     On January 22, 2026, Defendant removed the State Court Action to this Court under the Class Action Fairness Act (CAFA);

4.     On January 29, 2026, Defendant filed a Motion to Dismiss Plaintiff's Complaint Pursuant to Federal Rules of Civil Procedure ("FRCP") 12(b)(6) and/or Motion to Strike Pursuant to FRCP 12(f);

5.     Pursuant to Eastern District Local Civil Rule 230(c), Plaintiff's Opposition to Defendant's Motion to Dismiss is due to be filed on or before February 12, 2026.

6.     The parties agree that Plaintiff shall have an additional fourteen (14) days to file its Opposition to Defendant's Motion to Dismiss, up to and including **February 26, 2026**.

PROOF OF SERVICE

108900649.2

7.      Pursuant to the Opposition deadline extension and Eastern District Local Rule 230(d), Defendant's Reply in Support of its Motion to Dismiss would be due on or before March 9, 2026.

8.      The parties agree that Defendant shall have an additional four (4) days to file its Reply in Support of its Motion to Dismiss, up to and including **March 13, 2026**.

9.      This is the first extension of time that has been sought by any party in this action.

10.      In light of the Court's Minute Order (Dkt. #10), the parties further agree and stipulate to consent to Magistrate Judge Christopher D. Baker for purposes of Defendant's Motion to Dismiss only.

**IT IS SO STIPULATED.**

Dated:  February 12, 2026          **YOON LAW, APC**


By:  _/s/ Kenneth Yoon_
Kenneth Yoon
Stephanie Yasuda

Attorneys for Plaintiff
FRANK LIZARRAGA

Dated:  February 12, 2026          **POLSINELLI LLP**


By:  _/s/ Alex Polishuk_
Alex Polishuk
Armida Derzakarian

Attorneys for Defendant
SIEMENS INDUSTRY, INC.

PROOF OF SERVICE

108900649.2

## [~~PROPOSED~~] ORDER

The Court, having read and considered the Stipulation Regarding Consent to Magistrate Judge For Purposes of Defendant's Motion to Dismiss Only and Briefing Schedule for Defendant's Motion to Dismiss, hereby orders:

1.      The Court refers the motion to dismiss to the assigned magistrate judge for disposition.

2.      Plaintiff's Opposition to Defendant's Motion to Dismiss will be due for filing, up to and including **February 26, 2026**.

3.      Defendant's Reply brief in Support of its Motion to Dismiss will be due for filing, up to and including **March 13, 2026.**

4.      Unless the assigned magistrate judge informs the parties otherwise, no hearing will be calendared on Defendant's Motion to Dismiss, and the matter will be decided on the papers.

IT IS SO ORDERED.

Dated:   **February 12, 2026**



UNITED STATES DISTRICT JUDGE

4

PROOF OF SERVICE

108900649.2